

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellants timely filed this interlocutory appeal of a Temporary Injunction [September 25, 2020] and an Order Correcting Temporary Injunction Entered [September 25, 2020]. On December 7, 2020, Appellants filed an amended joint notice of appeal and a motion to review further orders pursuant to Texas Rule of Appellate Procedure 29.6, seeking review of two additional interlocutory orders in the pending appeal.

The first new order is the trial court's November 24, 2020 Order Denying Defendants' Motion to Dissolve Agreed Temporary Injunction. The second new order is a November 30, 2020 Modified Temporary Injunction. Appellants assert the Modified Temporary Injunction "replaces" the Temporary Injunction [September 25, 2020] and the Order Correcting Temporary Injunction Entered [September 25, 2020], which are the subject of the original appeal.

We grant the motion requesting the court to consider the Order Denying Defendants' Oral Motion to Dissolve Agreed Temporary Injunction and the Modified Temporary Injunction in the current appeal. We direct appellants to address in their briefing whether the Modified Injunction implicitly vacated the Temporary Injunction signed September 25, 2020 and the Order Correcting Temporary Injunction and whether the interlocutory appeal of those two orders is now moot.

We further order appellants' brief due twenty days after the supplemental records are filed.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2021.

MICHAEL A. CRUZ, Clerk of Court